IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Suzette

Printed: 02/03/09

Case Number: 08 B 17594
Judge: Squires, John H
Filed: 7/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 325.00 |  |
| Secured: |  | 272.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 31.43 |
| Trustee Fee: |  | 21.17 |
| Other Funds: |  | 0.00 |
| Totals: | 325.00 | 325.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 31.43 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 240.00 | 10.48 |
| 5. | City Of Chicago | Secured | 872.00 | 0.00 |
| 6. | American General Finance | Secured | 7,672.14 | 261.92 |
| 7. | GMAC Mortgage Corporation | Secured | 5,200.50 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 11.89 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 720.32 | 0.00 |
| 10. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 14. | West Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,198.35 | $ 303.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 18.08 |
| 6.6% | 3.09 |
|  | $ 21.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Robinson, Suzette | Case Number:  08 B 17594 |
| | Judge:  Squires, John H |
| Printed: 02/03/09 | Filed:  7/9/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*